**GRANTED**

*Judge James Ware*

4/3/2007

KIMBERLY PEDERSON (State Bar # 234785)
WHITNEY HUSTON (State Bar # 234863)
**FAIR HOUSING LAW PROJECT**
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone:   408-280-2402
Facsimile:   408-293-0106

Attorneys for: Plaintiff PROJECT SENTINEL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| **PROJECT SENTINEL, INC.** | Case No.  C 05-03814 JW |
| Plaintiff, | **STIPULATED DISMISSAL** |
| — *v.*— | |
| **NICK J. TSILIPOUNIDAKIS** and **KONSTANTINA TSILIPOUNIDAKIS**, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action stipulate to the dismissal of the above-captioned action with prejudice.

Dated:  April 2, 2007            **FAIR HOUSING LAW PROJECT**

/S/_____
**Whitney Huston**
Attorney for Plaintiff


Dated:  April 2, 2007            /S/_____
**Nick Tsilipounidakis**
Defendant

STIPULATED DISMISSAL